**Harvey P. SHORT, Plaintiff–Appellant,**

v.

**J.D. WALLS, II; Jason Hall, Officer; Lindsay Donahoe, Officer; John Doe, Officer; Wyetta Fredericks, Director; John McKay, Jail Administrator; Rick Rogers, Lieutenant; Chad Cardinal, Defendants–Appellees,**

and

**South Central Regional
Jail, Defendant.**

No. 10–6873.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 10, 2011.

Decided: Feb. 17, 2011.

Harvey P. Short, Appellant Pro Se. Dwayne Edward Cyrus, Shuman, McCuskey & Slicer, PLLC, Charleston, West Virginia; John D. Hoblitzell, III, Kay, Casto & Chaney, PLLC, Charleston, West Virginia, for Appellees.

Before WILKINSON and DAVIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Harvey P. Short appeals the district court's order accepting in part the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Short v. Walls*, No. 2:07–cv–00531–JTC, 2010 WL 839430 (S.D.W.Va. Mar. 5, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*